CH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED** *Lcw*

AUG 2 8 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Alisha Kenya McDaniel
aka
Shirell D. Turner

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08cv4929

**08cv4929**
**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE COLE**

vs.

Officer Henry
18th District

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

X
   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
   U.S. Code** (state, county, or municipal defendants)

_____
   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
   28 SECTION 1331 U.S. Code** (federal defendants)

_____
   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.     Plaintiff(s):**

Revised:  7/20/05

A.  Name: _Alisha McDaniel_

B.  List all aliases: _Shirell D. Turner_

C.  Prisoner identification number: _2008 0053535_

D.  Place of present confinement: _Cook County Jail_

E.  Address: _CHG Il. 60608  P.O. Box 089002 DIV #3 A-1_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: _Officer Henry_

Title: _(Police) Chicago Police Officer_

Place of Employment: _18th District Police Station_

B.  Defendant: _____

Title: _____

Place of Employment: _____

C.  Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                              Revised: 7/20/05

**III.    Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES ( )   NO (X)   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES ( )   NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

_____

_____

_____

2.    What was the result?

_____

_____

_____

3.    If the grievance was not resolved to your satisfaction, did you appeal?  What was the result (if there was no procedure for appeal, so state.)

_____

_____

_____

D.    If your answer is **NO**, explain why not:

_____

_____

_____

Revised:  7/20/05

E.    Is the grievance procedure now completed?   YES ( )   NO ( )

F.    If there is no grievance procedure in the institution, did you complain to
authorities?   YES (X)   NO ( )

G.    If your answer is **YES**:

1.    What steps did you take?   I wrote OPS requesting
to file a Complaint and I'm now waiting
for Complaint forms

2.    What was the result?   They Sent Complaint forms
for me to feel out

H.    If your answer is **NO**, explain why not:

4

**IV.**   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.   Name of case and docket number: _____

_____

B.   Approximate date of filing lawsuit: _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D.   List all defendants: _____

_____

_____

_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.   Name of judge to whom case was assigned: _____

_____

G.   Basic claim made:_____

_____

_____

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised:  7/20/05

## V.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On this day 7-25-08 Officer Henry 18th District detained me by using excessive force and broke my left wrist with her bare hand then threw me in a holding cell 45 minutes before I received any medical attention. Officer Henry took paid for Merchandise from me and $205.00 cash value that was not retrieved in my personal property. Be advised, I had a receipt present for the merchandise I paid for. Officer Henry (female) was the only one who had my property in her possession. I was Shop lifting in a licensed department store and this officer was called for Transport to Arrest me. When this officer Arrived, She didn't handcuff me she proceeded to do paper work and left me sitting in the loss prevention officer's office. prior to her arrival, I asked the loss prevention officer to use the restroom she had me wait for the Police Officer to arrive which took approx. 45 min – 1hr. Officer Henry

Revised:  7/20/05

Arrived and denied me to use the restroom
and said "Your Priviledges ends now, you're under
arrest" and said to wait until we got to the Police
Station which would take approx. another hour. Officer
Henry still didn't handcuff me upon her arrival or
her departure from the loss Prevention room where I
was left unattended. I exited the security office
alone and walked to the restroom. The Loss prevention
Officer told the Police Officer I wandered off and
went to the restroom that's when this officer panicked
and ran toward me. I was afraid. So I ran from her
threw the stock room all the way back to the loss
prevention Security officer who I was stopped by
with a Shove. Once Simeon Sutton the Security stopped
me I put my hands up for Officer Henry to handcuff
me because I knew that I was in trouble Officer
Henry slapped me, pulled my hair while I Screamed
saying "Somebody help me" Officer Henry replied "Shut
up Bitch" now you're getting a Battery and escape"!
Officer Henry grabbed my left hand and twisted it up
in the upper middle part of my back as I yelled and
told this officer "you're hurting me" she continued to

## VI.  Relief:

7

Shove

Use accessive force by pushing the handcuff down tightly on the Same Wrist she had broken then threw me into a chair hand cuffed Called in a (10-1) whatever that is and Charged me with resisting Arrest. As this Officer walked me down out this department Store we exited on a elevator. The elevator was the only exit from the Security floor. Once we hit the ground floor approx 21 on duty Police officers, 5 white Shirts were Sworming into this department Store running like I had attacked this officer but "she attacked me" As I walked toward the exit I replied "It's only little ole ME" they all looked astonished Wondering why was a 10-1 called in. Officer Henry called in a Code to Cover herself to make it Seem as if I was fighting hER. Once we Arrived to the 18th district Officer Henry threw me in a holding cell for over 45 minutes. I yelled and Screamed because I was in Pain and needed Medical attention. No One attended to me So I Screamed "S6T"! finally, he asked "why are you yelling"? I replied "Sir, I believe my hand is broken I cannot move it, it hurts please help me." He asked what happended to my hand I told him Officer Henry broke it. Transport was requested I was taken to Lincoln Park Hospital where they took X-Rays and determined my bone in my wrist was broken. I was given a Splint and a Sling and a prescription for Vikenens and Sent Straight to Women's detention on 18th State Street where I was finger Printed and taken into Custody. Meanwhile, My property was left behind with officer Henry being inventoried without my presence. The loss Prevention officer is witness to the Cash value of $205.00 that I had in my possesion. After my Property was

released to family. The paid for Merchandise, and my $205.00 were Gone! The Merchandise included: 4 or 5 Newborn outfits with value of $100.00 inside a Nordstorm shopping bag with the receipt. I was contacted by family and told that there was no Money in my Property or Merchandise.

End of Report

I'm filing Suite on this officer for using excessive force, Pain + Suffering, and thift of my Personal property.