# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**FILED**
AUG 2 8 2008 CM
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** ALISHA KENYA McDANIEL

**Defendant(s):** OFFICER HENRY, etc.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**

Alisha Kenya McDaniel
#2008-0053535
Cook CountyJail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

08cv4929

08cv4929
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE COLE

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** /s/ (signature)    **Date:** 8/28/08