7/18/02

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

**FILED** CH
ICW

AUG 2 8 2008
AUG 28 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN FORMA PAUPERIS APPLICATION
### AND
### FINANCIAL AFFIDAVIT

_Alisha McDaniel_ aka
Plaintiff
_Shirell Turner_   08 cv 4929

v.

_Officer Henry_
Defendant(s)

**08cv4929**
**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE COLE**

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, _Alisha McDaniel_ , declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions *under penalty of perjury*:

1. Are you currently incarcerated? ☒Yes ☐No  (If "No," go to Question 2)
   I.D. #_2008 0053635_____  Name of prison or jail: _Cook County D.O.C_
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount:_____

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: _∅_
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: _4-27-08_
      Monthly salary or wages: _$460.00 per month_
      Name and address of last employer: _Inis on 63rd  63rd + Harper_
      _Dine-in restaurant_  CHG ill 60615  583949-3571

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages
      Amount_____   Received by_____   ☐Yes ☒No

b.  ☐ Business, ☐ profession or ☐ other self-employment                     ☐ Yes      ☒ No
Amount_____Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends                              ☐ Yes      ☒ No
Amount_____Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                            ☐ Yes      ☒ No
Amount_____Received by_____

e.  ☐ Gifts or ☐ inheritances                                              ☐ Yes      ☒ No
Amount_____Received by_____

f.  ☐ Any other sources (state source:_____)         ☐ Yes      ☒ No
Amount_____Received by_____

4.  Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?              ☐ Yes      ☒ No     Total amount:_____
In whose name held:_____      Relationship to you:_____

5.  Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?
                                                                            ☐ Yes      ☒ No
Property:_____     Current Value:_____
In whose name held:_____      Relationship to you:_____

6.  Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?     ☐ Yes      ☒ No
Address of property:_____
Type of property:_____     Current value:_____
In whose name held:_____      Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.  Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                            ☐ Yes      ☒ No
Property:_____
Current value:_____
In whose name held:_____      Relationship to you:_____

8.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____
_____

## Resident Funds Inquiry
**Current User Name: PROGSERV** Logout

ResId: 20080053535    [ Submit ]

Resident Id: **20080053535**
Resident Name: **TURNER, SHIRELL D. , ,**
Date of Birth: **1982-06-12**
Location: **03A -03 -15**

**Account Activity:**                                                              Prior History

| Date | Transaction Type | Transaction Description | Amount | Balance | Due | Total |
|------|------------------|-------------------------|--------|---------|-----|-------|
| 7/29/2008 | BOOKED | ON THE NEW | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/28/2008 | BOOKED | ON THE NEW | 0.00 | 0.00 | 0.00 | 0.00 |