**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**FILED**

08cv4929

AUG 2 8 2008
AUG 28 2008

MICHAEL W. DOBBINS
CLERK. U.S. DISTRICT COURT

Plaintiff(s) *Alisha McDaniel AKA Shirell Turner* )

Defendant(s) *Officer Henry*

08cv4929
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE COLE

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, ___Alisha McDaniel___ ,declare that I am the (check appropriate box)
[X] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):
[X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
[ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
[X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
[ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
[ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

___Alisha McDaniel___
Movant's Signature

___P.O Box 089002___
Street Address

___8-14-08___
Date

___CHG, ILL 60608 Div #3___
City, State, ZIP